# MEMORANDUM DECISIONS.

ALLANWILDE TRANSPORT CORPORATION v. PIDWELL. (Circuit Court of Appeals, Third Circuit. March 10, 1919.) No. 2387. Appeal from the District Court of the United States for the District of New Jersey; John Rellstab, Judge. Libel by A. W. Pidwell against the Allanwilde Transport Corporation. A decree for libelant (247 Fed. 236) was appealed to the Circuit Court of Appeals, which certified certain questions to the federal Supreme Court; the questions being answered in 248 U. S. 377, 39 Sup. Ct. 147, 63 L. Ed. ——. Decree reversed, and bill dismissed. Duncan & Mount, of New York City, for appellant. Barry, Wainwright, Thacher & Symmers, of New York City, for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. It is ordered that the decree below be reversed, and that the bill be dismissed, with all costs to the claimant.

---

ALLANWILDE TRANSPORT CORPORATION v. VACUUM OIL CO. (Circuit Court of Appeals, Third Circuit. March 10, 1919.) No. 2337. Appeal from the District Court of the United States for the District of New Jersey; John Rellstab, Judge. Libel by the Vacuum Oil Company against the Allanwilde Transport Corporation. A decree for libelant (247 Fed. 236) was appealed to the Circuit Court of Appeals, which certified certain questions to the federal Supreme Court, which were answered in 248 U. S. 377, 39 Sup. Ct. 147, 63 L. Ed. ——. Decree reversed, and libel dismissed. Duncan & Mount, of New York City, for appellant. Barry, Wainwright, Thacher & Symmers, of New York City, for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. The controversies in this case and in the companion case of Allanwilde Transport Corporation v. A. W. Pidwell, 256 Fed. 987, —— C. C. A. ——, grew out of an order of the government refusing clearance to any sailing vessel bound for the war zone, and involved questions of law, whether the said order frustrated the adventure, and in consequence relieved the carrier from further obligation (1) to carry the cargo and (2) to return the prepaid freight. As the government's order affected many carriers and shippers on the Atlantic seaboard, raising similar or kindred controversies, we certified the questions to the Supreme Court. As the Supreme Court has answered these questions in the affirmative (248 U. S. 377, 39 Sup. Ct. 147, 63 L. Ed. ——), we now order that the decree below be reversed, and that the libel be dismissed, with all costs to the claimant.

---

BRADY v. SOUTH SHORE TRACTION CO. et al. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 140. Appeal from the District Court of the United States for the Eastern District of New York. Suit by Paul T. Brady against the South Shore Traction Company. From an order and decree of the District Court, A. H. Flint & Co. appeal. Affirmed. See, also, 233 Fed. 778. M. & S. Meyers, of New York City (Morse S. Hirsch and Samuel Meyers, both of New York City, of counsel), for appellant. A. C. Hume, of New York City, for complainant. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.